UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE<br>KEITH A. WILCOX<br>ERIN K. WILCOX<br>Debtors | : | CHAPTER 11<br><br>CASE NO. 15-21328 jjt |
| JILL MARQUARDT – SCOLA<br>Plaintiff<br><br>v.<br><br>KEITH A. WILCOX<br>ERIN K. WILCOX<br>Defendants | : | Adv. Pro. No. 16-2061<br><br>December 13, 2017 |

## COMPLIANCE WITH D.CONN. LBR 7041-1

The Defendants herein, by and through their undersigned counsel, respectfully submit the attached Affidavit in compliance with D. Conn. LBR 7041-1.

In addition, undersigned counsel for the Defendants makes the following statement:

*No consideration has been promised or given, directly or indirectly, to the Plaintiff for dismissal of the above captioned Adversary Proceeding.*

By /s/ Gregory F. Arcaro
Gregory F. Arcaro, Esq.
GRAFSTEIN AND ARCARO, LLC
10 Melrose Dr.
Farmington, CT 06032
garcaro@grafsteinlaw.com
(860) 674-8003
(860) 676-9168 Fax
Fed.Bar. No. ct19781

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE<br>KEITH A. WILCOX<br>ERIN K. WILCOX<br>Debtors | : | CHAPTER 11<br>CASE NO. 15-21328 jjt |
| JILL MARQUARDT – SCOLA<br>Plaintiff<br>v.<br>KEITH A. WILCOX<br>ERIN K. WILCOX<br>Defendants | : | Adv. Pro. No. 16-2061 |

**AFFIDAVIT IN ACCORDANCE WITH L.R.BANKR. P. 7041-1**

STATE OF CONNECTICUT ) Ss Killingly
COUNTY OF Windham )

That we, **KEITH A. WILCOX** and **ERIN K. WILCOX**, the Defendants in this the above captioned Adversary Proceeding, do hereby state the following:

1. We are over the age of eighteen (18) years and understand the obligations of an oath.

2. On or about August 8, 2017, we paid Jill Marquardt – Scola ("Scola"), the Plaintiff in the above-captioned Adversary Proceeding, the amount of $125,000.00.

3. On or about September 5, 2017, we paid Scola an additional $200,000.00.

4. All of the foregoing payments were made to Scola in settlement of her two proofs of claim (nos. 25-1 and 26-1), pursuant to the confirmed Plan of Reorganization, as Scola's rights existed pursuant to the confirmed plan, and as modified by the parties, post-confirmation, by which modification Scola agreed to accept a lesser amount (but in two lump sums) than is her entitlement under the confirmed plan. One of the two proofs of claim included some of the claims that

compose the non – dischargeability action(s) only (that is, the claims that are personal to Scola and which were brought under 11 U.S.C. § 523) in the above-referenced Adversary Proceeding.

5. No consideration has been promised or given, either directly or indirectly, to Scola in exchange for her moving to dismiss the action(s) seeking to deny us a Discharge (that is, the 11 U.S.C. § 727 claims) brought by her (in a representative capacity) within the above-captioned Adversary Proceeding.

6. We fully recognize that any creditor or party–in–interest could intervene in, and fully prosecute, the action(s) seeking to deny us a Discharge (the 11 U.S.C. § 727 claims) brought by Scola within the above-captioned Adversary Proceeding.

7. We understand that Scola could not, and did not, promise to dismiss the action(s) seeking to deny us a Discharge (the 11 U.S.C. § 727 claims) brought by her within the above captioned Adversary Proceeding in exchange for the payments referenced herein. In fact, we fully recognize that we remain exposed to having the 11 U.S.C. § 727 claims adjudicated on their merits, with either a different creditor, the U.S. Trustee or, if required by the court, Scola, as the party plaintiff.

KEITH A. WILCOX

ERIN K. WILCOX

Subscribed and sworn before me this 14th day of November 2017

Notary Public
My Commission Expires:

Lisa Legler
Notary Public-Connecticut
My Commission Expires
May 31, 2018

CERTIFICATE OF SERVICE

This is to certify that the foregoing was transmitted via the Court's ECF/CM system on December 13, 2017 to:

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl Street
P.O. Box 231277
Hartford, CT 06123-1277

/s/ Gregory F. Arcaro
Gregory F. Arcaro